ACCEPTED
05-15-00073-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
4/16/2015 1:05:02 PM
LISA MATZ
CLERK

No. 05-15-00073-CV

IN THE COURT OF APPEALS

FOR THE

FIFTH DISTRICT OF TEXAS

AT DALLAS

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
4/16/2015 1:05:02 PM
LISA MATZ
Clerk

_____

**DANYEL MOFFETT,**

**Appellant,**

**v.**

**VINCENT TOARMINA,**

**Appellee.**

_____

**AGREED CORRECTION OF REPORTER'S RECORD**

_____

TO THE HONORABLE COURT OF APPEALS:

COME NOW, Danyel Moffett ("Moffett"), Appellant and Vincent Toarmina

("Toarmina"), Appellee in the above-entitled and numbered appeal, and file this

Agreed Correction of Reporter's Record pursuant to Tex. R. App. P. 34.6(e)(1).

The Reporter's Record does not include the following exhibits admitted at

trial and attached hereto:

Def. Ex. 29        Charles Vincent Toarmina's Response to Request for

                   Disclosure

Def. Ex. 30          Charles Vincent Toarmina's First Supplemental

Response to Request for Disclosure

The parties agree that the documents attached hereto are true and correct copies of Exhibits 29 and 30 admitted into evidence by the court at the trial of this matter.    The parties notify the Court of this agreement, and by this Agreement, correct the record as provided in Tex. R. App. P. 34.6(e)(1).  The parties agree that Exhibits 29 and 30 shall be made part of the Reporter's Record for all purposes as if included in the certified reporter's record.

Respectfully submitted,

/s/ Michael L. Jones
Michael L. Jones
State Bar No. 10929460
mjones@henryandjones.com
Elizabeth R. Caldcleugh
State Bar No. 00787184
erc@henryandjones.com
HENRY & JONES, L.L.P.
2902 Carlisle Street, Suite 150
Dallas, Texas  75204-4004
(214) 954-9700
(214) 954-9701 Telecopy

**ATTORNEYS FOR APPELLANT
DANYEL MOFFETT**

/s/ Luis P. Bartolomei
Luis P. Bartolomei
State Bar No. 00796172
luis@thebartolomeifirm.com
The Bartolomei Firm
3710 Rawlins, Suite 1601
Dallas, Texas  75219
(214) 741-2662 Telephone
(214) 741-4717 Facsimile

**ATTORNEY FOR APPELLEE**
**CHARLES VINCENT TOARMINA**

S:\1295 2459 Moffett\Appeal\Correction of the Record.docx

**AGREED CORRECTION OF REPORTER'S RECORD – Page 3**

## CAUSE NO. PR-13-2655-2

| | | |
|---|---|---|
| IN RE: ESTATE OF | § | IN THE PROBATE COURT |
| | § | |
| DAVID ANTHONY TOARMINA, | § | NUMBER TWO OF |
| | § | |
| DECEASED. | § | DALLAS COUNTY, TEXAS |

### CHARLES VINCENT TOARMINA'S
### RESPONSE TO REQUEST FOR DISCLOSURE

TO:    DANYEL MOFFETT, by and through her attorney of record, Michael L. Jones, Henry & Jones, L.L.P., 2902 Carlisle Street, Suite 150, Dallas, Texas 75204-4004.

Pursuant to Rule 194.3 of the Texas Rules of Civil Procedure, Defendant, Charles Vincent Toarmina ("Vince"), by and through Brandy Baxter-Thompson, attorney of record, serves the attached responses to DANYEL MOFFETT's Request for Disclosure.

### CONDITIONS TO RESPONSES

These answers are based upon Vince' current knowledge after reasonable investigation and upon Vince' interpretation and construction of the requests. It should be noted that neither the investigation of the facts related to this case, nor discovery pertaining thereto, have been completed. All of Vince' responses are based only upon such information and documents as are currently available. It is anticipated that further discovery, legal research, independent investigation and additional facts, add meaning to known facts, and establish new factual conclusions and new legal contentions, all of which may lead to substantial addition to, changes in, and/or variations from that which is set forth herein.

### RESPONSES TO REQUESTS FOR DISCLOSURE

**Request 1:**    R.194.2(a).    State the correct names of the parties to the lawsuit.

**Response:**    **Parties are correctly named**

**CHARLES VINCENT TOARMINA'S RESPONSE TO REQUEST FOR DISCLOSURE – Page 1**

DEFENDANT'S
EXHIBIT
29
Blumberg No.5114

CAUSE NO. PR-13-2655-2

**Request 2:**   R.194.2(b).   State the name, address, and telephone number of each potential party.

**Response:**   Nicholas Toarmina

**Request 3:**   R.194.2(c).   State the legal theories and, in general, the factual bases for your claims or defenses.

**Response:**   David Anthony Toarmina ("Decedent") died on July 1, 2013, in Pierce County, Washington at the age of fifty-four (54) years. He is survived by his sons, Charles Vincent Toarmina and Nicholas Toarmina. At the time of his death, he was not married. Prior to his death, he had been married to Frances Wright, who is the mother of Charles Vincent Toarmina and Nicholas Toarmina. That married ended in divorce on April 28, 1995. Decedent never remarried.

Furthermore, Decedent never agreed to be married to Danyel Moffett, never held himself out as married to Danyel Moffett and never intended to marry Danyel Moffett. Decedent never represented to others that he was married to Danyel Moffett; in fact, Decedent frequently represented to others that he was not married and never intended to marry Danyel Moffett. Additionally, the Decedent and Danyel Moffett filed tax returns with the Internal Revenue Service as "single," further evidencing the fact that they did not intend to hold themselves out as married.

**Request 4:**   R.194.2(d).   State the amount of economic damages and any method of calculating the damages.

**Response:**   Vince is entitled to recover his reasonable and necessary attorneys fees out of the Estate at the normal hourly rates of his attorneys.

**Request 5:**   R.194.2(e).   State the name, address, and telephone number of persons having knowledge of relevant facts, and state each person's connection with the case.

**Response:**

CHARLES VINCENT TOARMINA'S RESPONSE TO REQUEST FOR DISCLOSURE – Page 2

## CAUSE NO. PR-13-2655-2

Charles Vincent Toarmina
Available through his attorney of record
Brandy Baxter-Thompson
Calloway, Norris, Burdette & Weber, PLLC
3811 Turtle Creek Blvd., Suite 400
Dallas, Texas 75219
214-521-1520

Danyel Moffett
Available through her attorney of record
Michael Jones
Henry & Jones, L.L.P.
2902 Carlisle Street, Suite 150
Dallas, Texas 75204-4004

Elena, Steve, Alex and Maria Villanueva
2501 Schooner Dr
Plano TX 75074
214-803-9333

Friends of Decedent and Toarmina family

Mathew, Amanda, Kathleen, and Greg Stephens
1115 Stratford
Richardson TX 75080
972-680-8085
972-489-4732

Friends of Decedent and Toarmina family

Ryan, Gabriel, and Debra Figueroa
4144 Maple Shade Ave
Sachse TX 75048
972-530-7046
214-418-4801

Friends of Decedent and Toarmina family

**CHARLES VINCENT TOARMINA'S RESPONSE TO REQUEST FOR DISCLOSURE – Page 3**

## CAUSE NO. PR-13-2655-2

Steven Bieberly
2505 Meadow Ridge
Garland TX 75044
214-418-4846

Friends of Decedent and Toarmina family

Dane Bodnyk
4835 LBJ Fwy
Suite 900
Dallas TX 75244
972-898-8945

Co-Worker of Vince

Patrice Gardner
4835 LBJ Fwy
Suite 900
Dallas TX 75244
469-223-1535

Co-Worker of Vince

Erin Haney
4835 LBJ Fwy
Suite 900
Dallas TX 75244
214-532-0703

Former Co-Worker of Vince

Russell Johnston
4835 LBJ Fwy
Suite 900
Dallas TX 75244
817-793-2465

Former Co-Worker of Vince

**CHARLES VINCENT TOARMINA'S RESPONSE TO REQUEST FOR DISCLOSURE – Page 4**

## CAUSE NO. PR-13-2655-2

Pam Depalo
1505 Sycamore St
Savannah TX 76227
305-546-3654

Former Co-Worker of Vince

Leigh Taylor
Attorney at Law
2700 Sherrill Park Ct
Richardson TX 75082
214-906-1441

Former Tenant of Decedent's

Steve Macon
17817 Coit rd Apt 1304
Dallas TX 75252
214-577-3383

Friend of Decedent's since college

Frances Wright Dowell
19022 Short Meadow
Forney TX 75126
214-212-6656

Former wife of David Toarmina

John Paul Dowell
19022 Short Meadow
Forney TX 75126
214-212-6656

Frances Wright Dowell's husband

Nicholas Toarmina (brother and co beneficiary with Charles Toarmina)
851 Lake Carolyn Pkwy #208
Irving TX 75039
615-507-8063

Decedent's son

**CHARLES VINCENT TOARMINA'S RESPONSE TO REQUEST FOR DISCLOSURE – Page 5**

## CAUSE NO. PR-13-2655-2

Valarie and Clarence Raymond Mcgee
106 Weston Dr
Royse City TX 75189
469-338-9263

Sherri Wright
15905 Bent Tree Forest Cr #1083
Dallas TX 75248
972-880-5553

Marcella Wright
204 Patterson Dr
Greenville TX 75402
214-212-8955

Pam Wright
3309 Nashville St
Greenville TX 75402
903-456-1761

Renee and Anthony Ausmus
1955 Split Rail Ct
Marietta GA
404-661-4041

Christina Carillo
13735 Stardust Ln
Farmers Branch TX 75234
469-733-2939

Jami Lee Goins-Smith
13735 Stardust Ln
Farmers Branch TX 75234
469-733-2939


Skip Nuss
Dallas, Texas

Former Co-worker of Decedent

**CHARLES VINCENT TOARMINA'S RESPONSE TO REQUEST FOR DISCLOSURE – Page 6**

## CAUSE NO. PR-13-2655-2

Penny Baker Martin
Rockwall, Texas

Ex-girlfriend of Decedent

Grahmm Baker
Rockwall, Texas

Son of Penny Baker Martin

David Wilson
801 Table Rock Way
Lewisville TX 75077
972-434-0213

College friend of Decedent

Derek and Kelsey Hubert
Dallas County

Decedent's neighbor

Cameron Bara
Dallas County

Britney Culver
Dallas County

Taryn Mosely
Denton County

Crystal Duran
Dallas County

Dolores Eisenburg
8400 CR 353
Terrell TX 75161
972-524-2331

Decedent's sister

# CAUSE NO. PR-13-2655-2

Laura Mattheis
3601 Trailwood Ct
Tyler TX 75707
903-253-3727

Decedent's sister

Vern Mattheis
3601 Trailwood Ct
Tyler TX 75707
903-253-3729

Decedent's brother-in-law

Alan Eisenburg
8400 CR 353
Terrell TX 75161
972-524-2331

Decedent's brother-in-law

Tony Delaune
Attorney at law
3110 Thomas Ave. #515
Dallas TX 75204
469-766-6646

Decedent's nephew

Natalia Oehninger
Attorney at Law
3110 Thomas Ave. #515
Dallas TX 75204
757-450-8688

Decedent's nephew's fiancé

Adam Delanue
8400 CR 353
Terrell TX 75161
214-707-1689

Decedent's nephew

**CHARLES VINCENT TOARMINA'S RESPONSE TO REQUEST FOR DISCLOSURE – Page 8**

CAUSE NO. PR-13-2655-2

Brittney Mcklosky
805 Jack Ct
Longview TX 75601
903-331-2917

Decedent's niece

Ryan Mcklosky
805 Jack Ct
Longview TX 75601
903-331-2917

Decedent's niece's husband

Hannah Toarmina
3102 Bill Owens Pkwy
Longview TX 75605

Decedent's niece

Noreen Freeman
3102 Bill Owens Pkwy
Longview TX 75605
903-238-5537

Decedent's ex-sister-in-law

Chris and Melinda Toarmina
5741 Westchester Meadow Dr
St. Charles MO 63304
636-300-1852

Decedent's cousin and his cousin's wife

Lisa Toarmina Grimes
Attorney at Law
305 Baker Ave
St. Louis MO 63119
314-918-7310

Decedent's cousin

**CHARLES VINCENT TOARMINA'S RESPONSE TO REQUEST FOR DISCLOSURE – Page 9**

## CAUSE NO. PR-13-2655-2

Tina Toarmina Brilla
141 Fallon Villa Ct
O'Fallon MO 63368
314-640-9027

Decedent's cousin

Barbara Kudla
33 Wistar Way
O'Fallon MO 63366
636-293-5406

Decedent's cousin

James, Eugenia, and Joe Villegas
95 Faybridge Manor Pkwy
Lake St. Louis MO 63367
636-561-4342

Decedent's aunt, uncle and cousin

Kathy and Larry Ackermann
1590 Gallop Ln
Florissant MO, 63033
314-440-3918

Decedent's aunt and uncle

James and Holly Ackermann
1988 Northwest 157th St.
Clive IA, 50325
515-987-4165

Decedent's aunt and uncle

Virginia "Jenny" Ackermann
4425 North 121st terrace
Kansas City KS, 66109
913-721-1015

## CAUSE NO. PR-13-2655-2

Michael and Angela Ackermann
2405 Johnstown Dr
Florissant MO, 63033
314-839-7763

Maryann Toarmina
4105 Fillbrook Ln
Tyler TX 75707
903-746-1122

Decedent's mother
Any person named by opposing parties in their Response to Request for Disclosure.

**Request 6:**     R.194.2(f).    For each individual who may be called by you or your attorney as an expert witness, state:

1.      the expert's name, address, and telephone number;

Brandy Baxter-Thompson
CALLOWAY, NORRIS, BURDETTE & Weber, PLLC
3811 Turtle Creek Blvd., Suite 400
Dallas, Texas 75219-4423
214-521-1520

2.      the subject matter on which the expert will testify;

Ms. Baxter-Thompson may be called to testify as to the reasonableness and necessity of attorneys' fees for Defendant and Counter-Plaintiff. The substance of facts to which Ms. Baxter-Thompson may testify includes her fee agreement with Defendant and Counter-Plaintiff, hours completed on this case, the work done, the necessity and reasonableness of said work and the calculation of attorneys' fees, *inter alia*. She will testify regarding the law and feasibility of awarding attorneys' fees and expenses in general probate matters and probate litigation matters.

No other testifying experts have been retained at this time. If any testifying experts are retained, this response will be supplemented as required by law.

3.      the mental impressions and opinions held by the expert and the basis for them (or documents reflecting such information if the expert is not retained by, employed by, or otherwise subject to your control);

The general substance of Mrs. Baxter-Thompson's mental impressions and opinions are as follows:

**CHARLES VINCENT TOARMINA'S RESPONSE TO REQUEST FOR DISCLOSURE – Page 11**

## CAUSE NO. PR-13-2655-2

a.     The legal services rendered to Defendant and Counter-Plaintiff by Calloway, Norris, Burdette & Weber, PLLC have been necessary in the amounts of time expended in rendering those legal services have been reasonable;

b.     The fees charged for those services are reasonable given the experience and qualifications of Mrs. Baxter-Thompson and attorneys from her firm assisting in this matter, and such fees are customary in Dallas County, Texas; and

c.     The litigation expenses incurred by Calloway, Norris, Burdette & Weber, PLLC in connection with this action are reasonable and were necessary or similar legal services in similar cases, the amount involved and the results obtained, the time limitations imposed by the client or other circumstances, the education, training, experience, ability of the attorneys performing the legal services, and whether the fee is fixed or contingent on results obtained or uncertainty of collection before the legal services have been rendered.

Ms. Baxter-Thompson's opinions are based on the time and labor required to perform the legal services, the novelty and difficulty of the questions involved, the skill requisite to perform the legal services properly, the likelihood that acceptance of the case will preclude other employment by the attorneys, the fee customarily charged and the locality for similar legal services in similar cases, the amount involved and the results obtained, the time limitations imposed by the client or other circumstances, the education, training, experience, ability of the attorneys performing the legal services, and whether the fee is fixed or contingent on results obtained or uncertainty of collection before the legal services have been rendered.

4.     if the expert is retained by, employed by, or otherwise subject to your control:

A)     produce all documents, tangible things, reports, models, or data compilations that have been provided to, reviewed by, or prepared by or for the expert in anticipation of the expert's testimony; and

B)     produce the expert's current resume and bibliography.

**Response**: The legal fee invoices with appropriate redactions for any information as protected from disclosure by the attorney-client privilege or work-produce doctrine will be produced. Ms. Baxter-Thompson's resume will be provided upon request.

**Request 7:**     R.194.2(g).     Produce any indemnity and insuring agreements as described in Rule 192.3(f).

**Response:**     None

**CHARLES VINCENT TOARMINA'S RESPONSE TO REQUEST FOR DISCLOSURE – Page 12**

## CAUSE NO. PR-13-2655-2

**Request 8:**   R.194.2(h).    Produce any settlement agreements as described in Rule 192.3(g).

   **Response:**   None


**Request 9:**   R.194.2(i).    Produce any witness statements as described in Rule 192.3(h).

   **Response:**   None


**Request 10:**   R.194.2(j).    Produce all medical records and bills that are reasonably related to the injuries or damages asserted or, in lieu thereof, an authorization permitting the disclosure of such medical records and bills.

   **Response:**   Not applicable


**Request 11:**   R.194.2(k).    Produce all medical records and bills obtained by you by virtue of an authorization furnished by Plaintiff.

   **Response:**   Not applicable


**Request 12:**   R.194.2(l).    Produce the name, address, and telephone number of any person who may be designated as a responsible third party.

   **Response:**   Not applicable


**CHARLES VINCENT TOARMINA'S RESPONSE TO REQUEST FOR DISCLOSURE – Page 13**

**CAUSE NO. PR-13-2655-2**

Respectfully submitted,

CALLOWAY NORRIS, BURDETTE & WEBER, PLLC

BRANDY BAXTER-THOMPSON
State Bar No. 24050265
bbthompson@cnbwlaw.com
3811 Turtle Creek Blvd., Suite 400
Dallas, Texas 75219
Telephone:     214/521-1520
Facsimile:     214/521-2201

*Attorneys for Charles Vincent Toarmina*

## CERTIFICATE OF SERVICE

This is to certify that on January 21, 2014, a true and correct copy of the foregoing instrument was sent *via facsimile,* to the following attorneys of record:

Michael L. Jones
Henry & Jones, L.L.P.
2902 Carlisle Street, Suite 150
Dallas, Texas 75204-4004

Brandy Baxter-Thompson

**CHARLES VINCENT TOARMINA'S RESPONSE TO REQUEST FOR DISCLOSURE – Page 14**

NO. PR-13-2655-2

| | | |
|---|---|---|
| ESTATE OF | § | IN THE PROBATE COURT |
| | § | |
| DAVID ANTHONY TOARMINA | § | NO. 2 |
| | § | |
| DECEASED | § | DALLAS COUNTY, TEXAS |

## CHARLES VINCENT TOARMINA'S FIRST SUPPLEMENTAL RESPONSE TO REQUEST FOR DISCLOSURE

To: Danyel Moffett, by and through her attorney of record, Michael L. Jones, Law Office of Henry & Jones, L.L.P., 2902 Carlisle St, Suite 150, Dallas, Texas 75204.

Charles Vincent Toarmina serves these First Supplemental Objections and Responses to Danyel Moffett's First Request for Production pursuant to the TEXAS RULES OF CIVIL PROCEDURE, as follows:

Respectfully submitted,

THE BARTOLOMEI FIRM

Luis P. Bartolomei
Texas State Bar No. 00796172
3710 Rawlins Suite 1600
Dallas, Texas 75219
Phone: (214) 741-2662
Fax: (214) 741-4717
**ATTORNEYS FOR PLAINTIFF**

DEFENDANT'S EXHIBIT 30

Blumberg No.5114

## Certificate of Service

I hereby certify that the forgoing instrument was served on all parties who have entered an appearance in this matter, pursuant to the Texas Rules of Civil Procedure, on this 12th day of September, 2014 via the following means:

| | |
|---|---|
| VIA CMRRR70123460000079571107<br>Michael L. Jones<br>Law Office of Henry & Jones, L.L.P.<br>2902 Carlisle St, Suite 150<br>Dallas, Texas 75204 | |

Luis P. Bartolomei

## CHARLES VINCENT TOARMINA'S FIRST SUPPLEMENTAL RESPONSE TO REQUEST FOR DISCLOSURE

(e)     The name, address and telephone number of persons having knowledge of relevant facts, and a brief statement of each identified person's connection with the case;


Charles Vincent Toarmina
c/o Luis P. Bartolomei
3710 Rawlins St., Suite 1601
Dallas, Texas 75219
214-741-2662

Danyel Moffett
c/o Michael Jones Henry & Jones, L.L.P.
2902 Carlisle Street, Suite 150
Dallas, Texas 75204-4004

Elena, Steve, Alex and Maria Villanueva
2501 Schooner Dr
Plano, TX 75074
214-803-9333
Friends of Decedent and Toarmina family

Mathew, Amanda, Kathleen, and Greg Stephens
1115 Stratford
Richardson, TX 75080
972-680-8085
972-489-4732
Friends of Decedent and Toarmina family

Ryan, Gabriel, and Debra Figueroa
4144 Maple Shade Ave
Sachse, TX 75048
972-530-7046
214-418-4801
Friends of Decedent and Toarmina family

Steven Bieberly
2505 Meadow Ridge
Garland, TX 75044
214-418-4846
Friends of Decedent and Toarmina family

Dane Bodnyk
4835 LBJ Fwy Suite 900
Dallas, TX 75244
972-898-8945
Co-Worker of Vince

Patrice Gardner
4835 LBJ Fwy Suite 900
Dallas, TX 75244
469-223-1535
Co-Worker of Vince

Erin Haney
4835 LBJ Fwy Suite 900
Dallas, TX 75244
214-532-0703
Former Co-Worker of Vince

Russell Johnston
4835 LBJ Fwy Suite 900
Dallas, TX 75244
817-793-2465
Former Co-Worker of Vince

Pam Depalo
1505 Sycamore St
Savannah, TX 76227
305-546-3654
Former Co-Worker of Vince

Leigh Taylor Attorney at Law
2700 Sherrill Park Ct
Richardson, TX 75082
214-906-1441
Former Tenant of Decedent's

Steve Macon
17817 Coit rd Apt 1304
Dallas, TX 75252
214-577-3383
Friend of Decedent's since college

Frances Wright Dowell
19022 Short Meadow
Forney, TX 75126
214-212-6656

Former wife of David Toarmina

John Paul Dowell
19022 Short Meadow
Forney, TX 75126
214-212-6656
Frances Wright Dowell's husband

Nicholas Toarmina (brother and co beneficiary with Charles Toarmina)
851 Lake Carolyn Pkwy #208
Irving, TX 75039
615-507-8063
Decedent's son

Valarie and Clarence Raymond Mcgee
106 Weston Dr
Royse City, TX 75189
469-338-9263

Sherri Wright
15905 Bent Tree Forest Cr #1083
Dallas, TX 75248
972-880-5553

Marcella Wright
204 Patterson Dr
Greenville, TX 75402
214-212-8955

Pam Wright
3309 Nashville St
Greenville, TX 75402
903-456-1761

Renee and Anthony Ausmus
1955 Split Rail Ct
Marietta, GA
404-661-4041

Christina Carillo
13735 Stardust Ln
Farmers Branch, TX 75234
469-733-2939

Jami Lee Goins-Smith
13735 Stardust Ln

Farmers Branch, TX 75234
469-733-2939

Skip Nuss
Dallas, Texas
Former Co-worker of Decedent

Penny Baker Martin
Rockwall, Texas
Ex-girlfriend of Decedent

Grahmm Baker
Rockwall, Texas
Son of Penny Baker Martin

David Wilson
801 Table Rock Way
Lewisville, TX 75077
972-434-0213
College friend of Decedent

Derek and Kelsey Hubert
Address and phone number unknown
Decedent's neighbor

Cameron Bara
Address and phone number unknown

Britney Culver
Address and phone number unknown

Taryn Mosely
Address and phone number unknown

Crystal Duran
Address and phone number unknown

Dolores Eisenburg
8400 CR 353
Terrell, TX 75161
972-524-2331
Decedent's sister

Laura Mattheis
3601 Trailwood Ct
Tyler, TX 75707

903-253-3727
Decedent's sister

Vern Mattheis
3601 Trailwood Ct
Tyler, TX 75707
903-253-3729
Decedent's brother-in-law

Alan Eisenburg
8400 CR 353
Terrell, TX 75161
972-524-2331
Decedent's brother-in-law

Tony Delaune
Attorney at law
3110 Thomas Ave, #515
Dallas, TX 75204
469-766-6646
Decedent's nephew

Natalia Oehninger Attorney at Law
3110 Thomas Ave, #515
Dallas, TX 75204
757-450-8688
Decedent's nephew's fiance

Adam Delanue
8400 CR 353
Terrell, TX 75161
214-707 -1689
Decedent's nephew

Brittney Mcklosky
805 Jack Ct
Longview, TX 75601
903-331-2917
Decedent's niece

Ryan Mcklosky
805 Jack Ct
Longview, TX 75601
903-331-2917
Decedent's niece's husband

Hannah Toarmina
3102 Bill Owens Pkwy
Longview, TX 75605
Decedent's niece

Noreen Freeman
3102 Bill Owens Pkwy
Longview, TX 75605
903-238-5537
Decedent's ex-sister-in-Iaw

Chris and Melinda Toarmina
5741 Westchester Meadow Dr St.
Charles, MO 63304
636-300-1852
Decedent's cousin and his cousin's wife

Lisa Toarmina Grimes
Attorney at Law
305 Baker Ave
St. Louis, MO 63119
314-918-7310
Decedent's cousin

Tina Toarmina Brilla
141 Fallon Villa Ct
O'Fallon, MO 63368
314-640-9027
Decedent's cousin

Barbara Kudla
33 Wistar Way
O'Fallon, MO 63366
636-293-5406
Decedent's cousin

James, Eugenia, and Joe Villegas
95 Faybridge Manor Pkwy Lake
St. Louis, MO 63367
636-561-4342
Decedent's aunt, uncle and cousin

Kathy and Larry Ackermann
1590 Gallop Ln
Florissant, MO 63033
314-440-3918

Decedent's aunt and uncle
James and Holly Ackermann
1988 Northwest 157th
St. Clive, IA 50325
515-987-4165
Decedent's aunt and uncle

Virginia "Jenny" Ackermann
4425 North 121st Terrace
Kansas City, KS 66109
913-721-1015

Michael and Angela Ackermann
2405 Johnstown Dr
Florissant, MO 63033
314-839-7763

Maryann Toarmina
4105 Fillbrook Ln
Tyler, TX 75707
903-746-1122
Decedent's mother

Larry and Gina Wallace
3601 Therondunn Ct
Plano, TX 75023
972-596-2401
Larry Cell: 2144585917
Decedent's friends

Lyle and Kathy Land
109 Pecan Hallow Cir.
Coppell, TX 75019
214-995-9670
Decedent's friends

Jeff Hubenak
Attorney at Law and former Judge
3105 Point O Woods
Austin, TX 78733
512-423-4484
Decedent's friend

Ray Ward
6006 Andover Dr Apt 21
The Colony, TX 75056

214-564-5867
Decedent's friend

Bobby and Kathy Gardner
1106 Pinewood Ln
Seabrook, TX 77586
Decedent's friends

Bruce Richardson
5607 Richmond Ave
Dallas, TX 75206
214-394-8872
Decedent's friend

Kevin Shelly
2 Dorchester Circle
Longview, TX 75605
903-239-3092
Decedent's friend

Tom and Terry Gannon
400 Fritz Ln
Denton, TX 76208
940-231-2230
Decedent's friends

Rick Zucker
14412 White Pine Ridge Ln
Chesterfield, MO 63017
314-575-5557
Decedent's friend

Dave and Tracey Kreighbaum
PO Box
Port Isabel, TX
202-641-8269
Decedent's friends

Steve and Gwen Potz-Nielson
122 Kiowa Dr N
Lake Kiowa, TX 76240
940-727-8723
Decedent's friends

Jeff and Kumiko Dano
2904 Spring Lake Dr.

Richardson, TX 75082
Decedent's friends

Mark and Sharon Fritz
Attorney at Law
5918 Bent Trail
Dallas, TX 75247
Decedent's friends

Henery and Thelma Garcia
2205 Stonehenge Ln
Lewisville, TX 75056
972-492-0200
Decedent's friends

Jack and Hedi O'brien
515 39th St
West Palm Beach, FL 33407
214-770-7524
Decedent's friends

Steve and Karen Dobson
709 Royal Birkdale
Garland, TX 75044
972-414-1929
Decedent's friends

Judi and Mike Nelson
2810 Strother Cir
Garland, TX 75044
972-496-5725
Decedent's friends

Denise and Buddy Broyles
2106 W Yorksire Dr
Prosper, TX 75078
972-346-2557
Friend of Danyel Moffet

Lisa and Mark Puccio
13088 Cowper
Frisco, TX 75035
214-682-8026
Friend of Danyel Moffet
Trish Inge
3650 Alma Rd #922

Richardson, TX 75080
Friend of Danyel Moffet

Jack Moffett
914 Creekview Dr
Waxahacie, TX 75165
469-371-1837
Father of Danyel Moffet

Tavish and Dan Douglass
4120 Sun Meadow St.
Plano, TX 75024
Sister of Danyel Moffet

Any other person named by opposing parties or any other party in their Response to Request for Disclosure.